**GUST ROSENFELD P.L.C.**
One East Washington Street, Suite 1600
Phoenix, Arizona  85004-2553
Telephone:  (602) 257-7422
Facsimile:  (602) 254-4878
James H. Marburger – 010359
jmarburger@gustlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MD Helicopters, Inc., | No.  2:17-cv-02598-JAT |
| Plaintiff, | **NOTICE OF FILING FIRST AMENDED COMPLAINT** |
| v. | |
| The Boeing Company, | |
| Defendant. | |

In accordance with LRCiv. 15.1(b), Plaintiff MD Helicopters, Inc. gives notice of filing plaintiff's First Amended Complaint (doc. 9) as a matter of course.  Attached is a copy of the First Amended Complaint identifying the differences with the original Complaint (doc. 1).

DATED this 11th day of September, 2017.

GUST ROSENFELD P.L.C.


By *s/ James H. Marburger – 010359*
   James H. Marburger
   *Attorneys for Plaintiff*

JHM:tno  3071170.1  9/11/2017

1