1    WO

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7                FOR THE DISTRICT OF ARIZONA

8

9    MD Helicopters Incorporated,              No. CV-17-02598-PHX-JAT

10            Plaintiff,                        **ORDER**

11   v.

12   Boeing Company,

13            Defendant.

14

15        On September 11, 2017, pursuant to Federal Rule of Civil Procedure 15, Plaintiff

16   filed an amended complaint. (Doc. 9). Defendant has not objected to this filing.

17   (Plaintiff also filed a redlined version of the amended complaint as required by the Local

18   Rules (Doc. 11)).

19        Thereafter, Plaintiff moved to "withdraw/delete/seal" the original complaint (Doc.

20   1). Plaintiff claims Defendant has objected to some of the content of the original

21   complaint. Because Plaintiff has, consistent with the Federal Rules, filed an amended

22   complaint, which completely supersedes the original complaint, the Court will seal the

23   original complaint to allow Plaintiff to supersede it. However, nothing in this Order shall

24   be construed as a finding that anything in the original complaint qualifies as information

25   the Court may seal. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172,

26   1179-80 (9th Cir. 2006); *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092,

27   1096-97 (9th Cir.), *cert. denied sub nom. FCA U.S. LLC v. Ctr. for Auto Safety*, 137 S.

28   Ct. 38 (2016). Instead, the Court is merely allowing a superseding amended complaint.

As a result,

      **IT IS ORDERED** that Plaintiff's motion to withdraw and delete pleadings, or alternatively, to seal (Doc. 12) is granted to the limited extent that the Clerk of the Court shall seal Doc. 1.

      Dated this 12th day of October, 2017.

James A. Teilborg
Senior United States District Judge