**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MD Helicopters Incorporated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Boeing Company,<br><br>　　　　Defendant. | No. CV-17-02598-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Plaintiff/Counterdefendant MD Helicopters, Inc.'s ("MDHI") notice of intent to provide live testimony at the hearing on its motion to dismiss for failure to state a claim. (Doc. 43). Defendant/Counterclaimant The Boeing Company ("Boeing") objects to the presentation of this testimony. (Doc. 44).

Although stylized as a notice, this Court understands MDHI's filing to be a motion to present live testimony. MDHI does not cite, and this Court cannot find, any authority allowing a party to present live testimony at an oral argument on a motion to dismiss for failure to state a claim. In resolving such a motion, a court may only consider the complaint, documents attached to the complaint, documents whose authenticity is not contested and upon which the complaint "necessarily relies," and undisputed matters of public record. *Lee v. City of Los Angeles*, 250 F.3d 668, 688–89 (9th Cir. 2001) (quoting *Parrino v. FHP, Inc.*, 146 F.3d 699, 705–06 (9th Cir. 1998)). If a court considers any other information, the motion to dismiss is converted into a motion for summary judgment. Fed. R. Civ. P. 12(d).

MDHI's proposed live testimony is outside of the scope of what this Court may consider on a motion to dismiss for failure to state a claim. Furthermore, the Court declines to convert MDHI's motion to dismiss into a motion for summary judgment.

Accordingly,

**IT IS ORDERED** that MDHI's notice of intent to provide live testimony at the hearing on its motion to dismiss for failure to state a claim, (Doc. 43), is **DENIED**.

Dated this 9th day of April, 2018.

James A. Teilborg
Senior United States District Judge