Joseph E. Mais (Bar No. 005470)
Jessica L. Everett-Garcia (Bar No. 018359)
Thomas D. Ryerson (Bar No. 028073)
Randal McDonald (Bar No. 032008)
**PERKINS COIE LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JMais@perkinscoie.com
JEverettGarcia@perkinscoie.com
TRyerson@perkinscoie.com
RMcDonald@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| MD Helicopters, Inc., | No. 2:17-cv-2598-PHX-JAT |
| Plaintiff/Counterdefendant, | |
| v. | **MOTION TO SEAL DOCUMENTS** |
| The Boeing Company, | |
| Defendant/Counterclaimant. | |

Pursuant to LRCiv 5.6, Defendant/Counterclaimant The Boeing Company moves for an order directing the Clerk to file under seal designated documents associated with Boeing's Controverting Statement of Facts in Support of Its Response to Plaintiff's Motion for Summary Judgment. Defendant/Counterclaimant files this Motion because the documents contain confidential information that is protected from public disclosure by the Protective Order (Doc. 31) and Protective Order Amendment (Doc. 65) entered in this case.

Specifically, Defendant/Counterclaimant moves to seal Exhibits C, T, Y, and Z to Boeing's Controverting Statement of Facts in Support of Its Response to Plaintiff's Motion for Summary Judgment. Boeing moves to seal these items because they contain

92145104.1

proprietary business information of The Boeing Company and/or MD Helicopters, Inc., including proprietary information and trade secrets related to the design and manufacture of AH-6i and related helicopters.

Dated: April 1, 2019         **PERKINS COIE LLP**

By: *s/ Joseph E. Mais*
    Joseph E. Mais
    Jessica L. Everett-Garcia
    Thomas R. Ryerson
    Randal McDonald
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

*Attorneys for Defendant The Boeing Company*

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on April 1, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all registered CM/ECF registrant(s).

*s/ Clair H. Wendt*